| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| MICHAEL GEARY WILSON, | Case No. 18-cv-03973-JD |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| MOUNT DIABLO UNIFIED SCHOOL DISTRICT, et al., | Re: Dkt. No. 1 |
| Defendants. | |

Pro se plaintiff Michael Geary Wilson filed a complaint alleging eight claims, including what appears to be a racketeering claim, against the Mt. Diablo Unified School District and its employees, judges and staff of the California Superior Court for the County of Contra Costa, and a number of others. Dkt. No. 1. It is dismissed with leave to amend.

A complaint in federal court must contain "a short and plain statement of the claim showing that the pleader is entitled to relief" so that the defendants have fair notice of the substance of the claim and the facts supporting it. Fed. R. Civ. P. 8(a)(2); *see also Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Because federal courts are courts of limited jurisdiction, the complaint needs to include "a short and plain statement of the grounds for the court's jurisdiction." Fed. R. Civ. P. 8(a)(1).

Even construed liberally in light of Wilson's pro se status, *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010), the complaint cannot go forward under Rule 8. The complaint consists of 66 pages of largely incomprehensible allegations that fail to give any putative defendant fair notice of what she is being called to answer. The inchoate allegations also raise a question of whether jurisdiction is proper in this Court. Wilson alludes to the federal racketeering statue, but his grievances appear to relate mainly to a child custody dispute, alleged violations of California's education code, and his disagreements with California court rulings.

Consequently, the complaint is dismissed without prejudice. Plaintiff may file an amended complaint by **August 31, 2018**. Failure to amend by that date will result in a dismissal with

prejudice under Federal Rule of Civil Procedure 41(b).

If Wilson chooses to amend, he is advised that the amended complaint should consist of a short and plain statement of the facts and the basis of the Court's jurisdiction. He is also advised that claims challenging decisions and orders by state courts, and claims generally against judicial officers, are typically not cognizable.

The motions to dismiss and extend time filed by several defendants, Dkt. Nos. 8, 12, 18, 20, are terminated as moot, and the hearings set for August 30 and September 6, 2018 are vacated. Initial disclosures and all discovery are stayed pending further order.

**IT IS SO ORDERED.**

Dated: July 30, 2018

JAMES DONATO
United States District Judge